Kevin Mahoney (SBN: 235367)
kmahoney@mahoney-law.net
John A. Young (SBN: 299809)
jyoung@mahoney-law.net
**MAHONEY LAW GROUP, APC**
249 E. Ocean Blvd., Ste. 814
Long Beach, CA 90802
Telephone: (562) 590-5550
Facsimile: (562) 590-8400

Attorney for Plaintiff COLIN FLEMING

[Additional Counsel Listed Below]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| COLIN FLEMING, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAYFAIR LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-01502-JWH-SHK<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS**<br><br>Assigned for all purposes to:<br>Hon. John W. Holcomb |

**Defendants' Counsel:**

MELVIN L. FELTON (SBN 276047)
mfelton@sandersroberts.com
RICARDO REYES (SBN 329957)
rreyes@sandersroberts.com
CINDY KAOUD (SBN 322640)
ckaoud@sandersroberts.com
**SANDERS ROBERTS LLP**
1055 W. 7th Street, Suite 3200
Los Angeles, CA 90017
Telephone:   213-426-5000
Facsimile:    213-234-4581

Attorneys for Defendants WAYFAIR, LLC and RYAN GARDEA

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS

**TO THE HONORABLE COURT:**

Plaintiff Colin Fleming ("Plaintiff") and Defendants Wayfair LLC and Ryan Gardea ("Defendants") (collectively referred to as the "Parties"), by and through their respective counsel of record, in consideration of a negotiated settlement executed by them hereby stipulate as follows:

1. Plaintiff hereby dismisses all of his claims and causes of action as to Defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. Plaintiff and Defendants agree to bear their own costs and attorney's fees.

IT IS SO STIPULATED.

Dated: April 14, 2022                           **MAHONEY LAW GROUP, APC**

                                                By:   */s Kevin Mahoney*
                                                      Kevin Mahoney, Esq.
                                                      John A. Young, Esq.
                                                      Attorneys for Plaintiff COLIN FLEMING

Dated: April 14, 2022                           **SANDERS ROBERTS LLP**

                                                Melvin L. Felton, Esq
                                                Ricardo Reyes, Esq.
                                                Cindy Kaoud, Esq.
                                                Attorneys for Defendants
                                                **WAYFAIR, LLC and RYAN GARDEA**